IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Zyrcuits IP LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Acuity Brands, Inc.,<br><br>    Defendant. | Civil Action No. 20-1306-CFC |

## ORDER

At Wilmington on this Second day of August in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Acuity Brands, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (D.I. 13) is **GRANTED**.

_____
CHIEF JUDGE